JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000
    Lori D. Bauer
    Damon W. Silver
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ,<br><br>              Plaintiff,<br><br>           -v.-<br><br>TRT HOLDINGS, INC. d/b/a OMNI HOTELS, and OMNI HOTELS MANAGEMENT CORPORATION, a Delaware corporation,<br><br>              Defendant. | Case No. 1:15-cv-01604-PAC<br><br>**DEFENDANT OMNI HOTELS MANAGEMENT CORPORATION'S FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Omni Hotels Management Corporation ("Defendant") hereby certifies as follows:

      1.    Defendant's parent corporation is Omni Hotels Corporation.

      2.    Both Defendant and its parent corporation are privately held. No publicly held corporation owns 10% or more of Defendant's stock.

                                 JACKSON LEWIS P.C.
                                 666 Third Avenue
                                 New York, New York 10017
                                 (212) 545-4000

                       By:    s/ Lori D. Bauer
                                 Lori D. Bauer
                                 Damon W. Silver

                                 ATTORNEYS FOR DEFENDANT

Dated:  June 4, 2015
        New York, New York

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2015 I caused a true and correct copy of the Defendant Omni Hotel Management Corporation's Fed. R. Civ. P. 7.1(a) Disclosure Statement to be served on Plaintiff through her counsel of record by filing a copy thereof by CM/ECF in accordance with the Southern District of New York's Electronic Case Filing Rules and Instructions:

>Lawrence A. Fuller, Esq.
>FULLER, FULLER & ASSOCIATES, P.A.
>12000 Biscayne Blvd., Suite 502
>North Miami, FL 33181
>(305) 891-5199
>Fax: (305) 893-9505
>Email: Lfuller@FullerFuller.com

>Paul F. Conzdal, Esq.
>1330 Avenue of the Americas, Suite 23A
>New York, NY 10019
>(212) 688-3637
>Fax: (646) 924-3406
>Email: condzalesq@msn.com

>s/ Damon W. Silver
>Damon W. Silver

4850-5269-0212, v. 1